JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVSION

| | |
|---|---|
| Kristine Petermann,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Capital One Bank (USA) N.A.,<br><br>　　　　Defendant. | Case No.: 2:19-cv-01386-MWF-FFM<br><br>**ORDER** |

　　Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: September 3, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Judge: Michael W. Fitzgerald